**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KARRI GARIS, | Case No. 2:16-cv-2534-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| GYPSUM RESOURCES MATERIALS, LLC, *et al.*, | (ECF No. 8) |
| Defendants. | |

In light of the amended complaint (ECF No. 11),

IT IS ORDERED that the defendants' motion to dismiss **(ECF No. 8) is DENIED as moot** because it was directed at the original complaint.

DATED this 5th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE