ROGER L. GRANDGENETT II, ESQ., Bar # 6323
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:         rgrandgenett@littler.com
Email:         kblakey@littler.com

Attorneys for Defendants
GYPSUM RESOURCES MATERIALS, LLC, TRUCKEE
SPRINGS HOLDINGS, INC., AND JAMES M. RHODES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARRI GARIS,<br><br>          Plaintiff,<br><br>vs.<br><br>GYPSUM RESOURCES MATERIALS, LLC, a Nevada Limited Partnership; TRUCKEE SPRINGS HOLDINGS, INC., a Nevada Corporation; JAMES M. RHODES, an individual; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>          Defendants. | Case No. 2:16-CV-02534-APG-VCF<br><br>[PROPOSED] **STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[SECOND REQUEST]** |

      Plaintiff, KARRI GARIS and Defendants, GYPSUM RESOURCES MATERIALS, LLC, TRUCKEE SPRINGS HOLDINGS, INC., and JAMES M. RHODES, (collectively "Defendants"), by and through their respective counsel of record, do hereby stipulate and agree to amend the current scheduling order and discovery plan by extending the discovery cut-off date of June 30, 2017 for an additional 90 days until **September 28, 2017**, with the following discovery dates also being extended:

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**1.  Dispositive Motions:**

The parties shall file dispositive motions not more than (30) days after the discovery cut-off date and, therefore, not later than **Monday, October 30, 2017**.

**2.  Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, November 29, 2017**.

**3.  Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(e)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, November 29, 2017.**

**4.  Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of any deadline set forth herein must be made no later than twenty-one (21) days before the expiration of the subject deadline.

## DISCOVERY COMPLETED TO DATE

To date, the parties have completed the following discovery:

**Plaintiff**:

| | |
|---|---|
| Plaintiff's Initial Disclosures | January 23, 2017 |
| Plaintiff's Reponses to First Set of Interrogatories | February 22, 2017 |
| Plaintiff's Responses to First Set of Requests for Production | February 22, 2017 |
| Plaintiff's First Set of Interrogatories | May 26, 2017 |
| Plaintiff's First Set of Requests for Production | May 26, 2017 |

**Defendant**:

| | |
|---|---|
| Defendant's Initial Disclosures | January 23, 2017 |

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

| | |
|---|---|
| Defendant's First Set Interrogatories to Plaintiff | January 23, 2017 |
| Defendant's First Set of Requests for Production to Plaintiff | January 23, 2017 |
| Deposition of Karrie Garis | April 26, 2017 |

## DISCOVERY TO BE COMPLETED

**Plaintiff**:

Conduct depositions of Peter Price, James Rhodes, Jason Proudfit, and Defendants' 30(b)(6) witness. The parties in the process of selecting mutually agreeable dates and meet and conferring regarding the proposed 30(b)(6) topics. Plaintiff may also depose other third parties or propound additional written discovery as needed.

**Defendant**:

Defendants will respond to Plaintiffs' written discovery requests. Defendants may also depose other third parties or propound additional written discovery as needed.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

The parties request the instant extension as they will be unable to complete the remaining discovery by the current deadline of June 30, 2017. The individuals Plaintiff wishes to depose are not available prior to the discovery deadline. One potential witness may have to be deposed in Arizona. Further, counsel for both parties have had a heavy caseload which has prevented the parties from moving forward with necessary depositions and completing other anticipated discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

This is the parties' second request for an extension of discovery deadlines and is sought in good faith and not for the purpose of delay.

Dated: June 9, 2017

Respectfully submitted,                    Respectfully submitted,


/s/ James P. Kemp, Esq.                    /s/ Kathryn B. Blakey, Esq.
JAMES P. KEMP, ESQ.                        ROGER L. GRANDGENETT II, ESQ.
KEMP & KEMP                                KATHRYN B. BLAKEY, ESQ.
                                           LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
KARRI GARIS                                Attorneys for Defendants
                                           GYPSUM RESOURCES MATERIALS, LLC,
                                           TRUCKEE SPRINGS HOLDINGS, INC., and
                                           JAMES M. RHODES

                                           **IT IS SO ORDERD.**

                                           Dated this ___9th___ day of June, 2017.


                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

Firmwide:148089061.1 091197.1001

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.