# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Karri Garis | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:16-cv-02534-APG-VCF |
| Gypsum Resources Materials, LLC, et al | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff Karri Garis and against Defendants Gypsum Resources Materials, LLC and Truckee Springs Holdings, Inc. in the amount of $ 20,950.00.

| | |
|---|---|
| March 26, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |