UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARRI GARIS, <br>     Plaintiff, <br> v. <br> GYPSUM RESOURCES MATERIALS, LLC, *et al.*, <br>     Defendants. | Case No. 2:16-cv-02534-APG-VCF <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br> (ECF No. 37) |

On March 26, 2018 default judgment was entered against defendants Gypsum Resources Materials, LLC and Truckee Springs Holdings, Inc. ECF No. 36. Plaintiff Karri Garis now moves for an award of attorney's fees and costs under 29 U.S.C. § 216(b). ECF No. 37. I grant that motion.

A plaintiff who prevails in a Fair Labor Standards Act lawsuit is entitled to recover reasonable attorney's fees and costs. 29 U.S.C. § 216(b) ("The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."). Garis's counsel has submitted satisfactory evidence justifying why he spent 61.6 hours on this case and the reasonableness of his $400.00 per hour fee. ECF No. 37-2. This lodestar method of calculating and evaluating fee requests is appropriate here. I have also considered the relevant factors under Local Rule 54-14. Garis's motion and supporting evidence justify the reasonableness of the fee request. Because the hourly rate and the time incurred are reasonable, I grant the fee request.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that plaintiff Karri Garis's motion for attorney's fees and costs **(ECF No. 37) is GRANTED**.  Karri Garis is awarded attorney's fees and costs against defendants Gypsum Resources Materials, LLC and Truckee Springs Holdings, Inc. in the amount of $24,640.00 in fees and $421.00 in costs, for a total award of $25,061.00.  The clerk of the court is directed to enter judgment accordingly.

DATED this 1st day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE