# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Karri Garis

        Plaintiff,

v.

Gypsum Resources Materials, LLC et al.,

        Defendants.

JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE

Case Number: 2:16-cv-02534-APG-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff Karri Garis for attorney's fees and costs against defendants Gypsum Resources Materials, LLC and Truckee Springs Holdings, Inc. in the amount of $24,640.00 in fees and $421.00 in costs, for a total award of $25,061.00.

May 2, 2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk