# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KARRIS GARIS,<br><br>        Plaintiff,<br><br>vs.<br><br>GYPSUM RESOURCES MATERIALS, LLC, *et al.*,<br><br>        Defendants. | 2:16-cv-02534-APG-VCF<br><br>**ORDER** |

Before the court is *Karris Garis v. Gypsum Resources Materials, LLC, et al*, case number 2:16-cv-02534-APG-VCF. It has been brought to the Court's attention that there is a possible issue with settlement payments.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled 3:00 PM, October 2, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that Mr. James M. Rhodes must be present at the October 2, 2018 hearing at 3:00 PM.

DATED this 24th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE