**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| KARRIS GARIS,<br><br>        Plaintiff,<br><br>vs.<br><br>GYPSUM RESOURCES MATERIALS, LLC, *et al.*,<br><br>        Defendants. | 2:16-cv-02534-APG-VCF<br>**ORDER** |

Before the court is *Karris Garis v. Gypsum Resources Materials, LLC, et al*, case number 2:16-cv-02534-APG-VCF.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for October 2, 2018, is VACATED and RESCHEDULED to 10:00 AM, October 19, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that Mr. James M. Rhodes must be present at the October 19, 2018 hearing at 10:00 AM.

DATED this 25th day of September, 2018.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE