JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff KARRRIE GARIS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARRIE GARIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GYPSUM RESOURCES MATERIALS, LLC, a Nevada Limited Partnership; TRUCKEE SPRINGS HOLDINGS, INC., a Nevada Corporation; JAMES M. RHODES, an individual; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02534-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff KARRIE GARIS, and ALL DEFENDANTS, by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss the entire action and all claims set forth in Plaintiff's Complaint, with prejudice.

///
///
///
///
///
///
///
///

1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this  6th  day of November, 2018.  DATED this 6th day of November, 2018.

**WILEY PETERSEN**  **KEMP & KEMP**

/s/ Jason M. Wiley, Esq.
Jason M. Wiley, Esq.  /s/ James P. Kemp, Esq.
Attorneys for Defendant  James P. Kemp, Esq.
  Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2018.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983